AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Ricardo Gabriel Lazo-Bonilla

United States Courts
Southern District of Texas
FILED
*February 14, 2022*
Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-22-327-M

IAE    YOB: 1962
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 12, 2022** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*
being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Ricardo Gabriel Lazo-Bonilla was encountered by Border Patrol Agents near Mission, Texas on February 12, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on February 12, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on June 3, 2021, through Alexandria, Louisiana. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On February 24, 2021, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to eight (8) months confinement.

Continued on the attached sheet and made a part of this complaint:     ☐ Yes ☒ No

Complaint authorized by AUSA Colton Turner
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

February 14, 2022    7:08 AM

Nadia S. Medrano                , U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/  Shakira Singho
Signature of Complainant

Shakira Singho           Border Patrol Agent

Signature of Judicial Officer